**STATE of Maine**

v.

**Scott WRIGHT.**

Supreme Judicial Court of Maine.

Argued Sept. 8, 1988.

Decided Sept. 12, 1988.

David W. Crook (orally), Dist. Atty., Skowhegan, for plaintiff.

Edward H. Cloutier (orally), Livermore Falls, for defendant.

Before McKUSICK, C.J., and ROBERTS, WATHEN, GLASSMAN, CLIFFORD and HORNBY, JJ.

MEMORANDUM OF DECISION.

Scott Wright appeals from his convictions in Superior Court, Somerset County, upon a jury verdict finding Wright guilty of operating a motor vehicle while an habitual offender, 29 M.R.S.A. § 2298 (Supp. 1987) (Class C) and eluding an officer, 29 M.R.S.A. § 2501–A(3) (Supp.1987) (Class D). We reject Wright's contention that the State must prove that Wright knew of his status as an habitual offender, *State v. St. Hilaire,* 543 A.2d 824 (Me.1988), as well as Wright's contention that the court committed obvious error in instructing the jury on the elements of the crime of eluding an officer. Accordingly, we affirm the convictions.

The entry is:

JUDGMENTS AFFIRMED.

All concurring.

**STATE of Maine**

v.

**Kenneth GARDNER.**

Supreme Judicial Court of Maine.

Submitted on Briefs Sept. 13, 1988.

Decided Sept. 15, 1988.

R. Christopher Almy, Dist. Atty., Philip C. Worden, Asst. Dist. Atty., Bangor, for plaintiff.

Perry O'Brian, Bangor, for defendant.

Before WATHEN, GLASSMAN, CLIFFORD and HORNBY, JJ.

MEMORANDUM OF DECISION.

Kenneth Gardner appeals from a judgment of the Superior Court (Penobscot County) entered on a jury verdict convicting him of operating a motor vehicle while under the influence of intoxicating liquor in violation of 29 M.R.S.A. § 1312–B (1983 & Supp.1987). The record discloses that Gardner did not preserve his objection to the allegedly improper evidence, *see* M.R. Evid. 103(a)(1) (requiring "a timely objection ... stating the specific ground of objection), and its admission was not obvious error. *See State v. True,* 438 A.2d 460, 467 (Me.1981).

The entry is:

JUDGMENT AFFIRMED.

All concurring.